Appellate Court No: 15-2443

Short Caption: United States of America v. Damian L. Patrick

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ]    PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Electronic Frontier Foundation

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Electronic Frontier Foundation, American Civil Liberties Union Foundation,

American Civil Liberties Union of Wisconsin, Inc.

(3) If the party or amicus is a corporation:

i) Identify all its parent corporations, if any; and

None.

ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

None.

Attorney's Signature: s/ Adam Schwartz    Date: 1/22/2016

Attorney's Printed Name: Adam Schwartz

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).    Yes **X**    No ___

Address: 815 Eddy Street

San Francisco, CA  94109

Phone Number: (415) 436-9333    Fax Number: (415) 436-9993

E-Mail Address: adam@eff.org

# APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: 15-2443

Short Caption: United States of America v. Damian L. Patrick

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ] **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

American Civil Liberties Union

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

American Civil Liberties Union Foundation, American Civil Liberties Union of Wisconsin, Inc.,

Electronic Frontier Foundation

(3) If the party or amicus is a corporation:

   i) Identify all its parent corporations, if any; and

   None.

   ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

   None.

Attorney's Signature: s/ Nathan Wessler          Date: 1/22/2016

Attorney's Printed Name: Nathan Wessler

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   Yes ____   No X

Address: 125 Broad St., 18th Floor

New York, NY 10004

Phone Number: (212) 549-2500          Fax Number: (212) 549-2654

E-Mail Address: nwessler@aclu.org

Appellate Court No: 15-2443

Short Caption: United States v. Patrick

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ]   PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

American Civil Liberties Union of Wisconsin, Inc.

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

American Civil Liberties Union Foundation, American Civil Liberties Union of Wisconsin, Inc.,

Electronic Frontier Foundation

(3) If the party or amicus is a corporation:

  i) Identify all its parent corporations, if any; and

  N/A

  ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

  N/A

Attorney's Signature: s/ Laurence J. Dupuis        Date: 1/22/2016

Attorney's Printed Name: Laurence J. Dupuis

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).    Yes_____   No  ✗

Address: 207 E. Buffalo St., #325

Milwaukee, WI 53202

Phone Number: (414) 272-4032, ext 212        Fax Number: (414) 272-0182

E-Mail Address: ldupuis@aclu-wi.org

rev. 01/15 GA

# APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: **15-2443**

Short Caption: United States of America v. Damian L. Patrick

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ]     **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Electronic Frontier Foundation

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Electronic Frontier Foundation, American Civil Liberties Foundation,

American Civil Liberties Union of Wisconsin, Inc.

(3) If the party or amicus is a corporation:

    i) Identify all its parent corporations, if any; and

      None.

    ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

      None.

---

Attorney's Signature: s/ Jennifer Lynch     Date: 1/22/2016

Attorney's Printed Name: Jennifer Lynch

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).    Yes _____    No  ✗

Address: 815 Eddy Street

San Francisco, CA 94109

Phone Number: (415) 436-9333 x. 136     Fax Number: (415) 436-9993

E-Mail Address: jlynch@eff.org

rev. 01/15 GA

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system on January 22, 2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: January 22, 2016                    By:  /s/ Adam Schwartz

                                                                                        Adam Schwartz

                                                                      *Counsel for Amicus Curiae*