UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 15-2443

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

    v.

DAMIAN PATRICK,

    Defendant-Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN,
THE HONORABLE RUDOLPH T. RANDA
UNITED STATES DISTRICT JUDGE, PRESIDING

**MOTION FOR EXTENSION OF TIME
TO FILE GOVERNMENT'S BRIEF**

    The United States of America, by and through its attorneys, James L. Santelle, United States Attorney, and Bridget J. Domaszek, Assistant United States Attorney, hereby respectfully moves this Court, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Rule 26 of the Seventh Circuit Rules, for a one-month extension of time until March 16, 2016, in which to file the Government's brief. The grounds for the motion are set forth in the accompanying Declaration of Bridget J. Domaszek.

Dated at Milwaukee, Wisconsin, this 28th day of January, 2016.

                        Respectfully submitted,

                        GREGORY J. HAANSTAD
                        Acting United States Attorney

By:

                        <u>/s BRIDGET J. DOMASZEK</u>
                        Assistant United States Attorney

530 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI  53202
(414) 297-1700

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 15-2443

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

    v.

DAMIAN PATRICK,

    Defendant-Appellant.

**DECLARATION OF BRIDGET J. DOMASZEK IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE GOVERNMENT'S BRIEF**

I, Bridget J. Domaszek, declare the following to be true and correct under penalty of perjury:

1.    I am an Assistant United States Attorney for the United States Attorney's Office for the Eastern District of Wisconsin. I am assigned to this appeal. I was counsel in prior proceedings relating to this defendant.

2.    The Government's brief is due on February 16, 2016.

3.    The defendant is in custody serving a fifty-seven (57) month term of imprisonment.

4.    This is the first extension requested by the Government.

5.    The government moves for an extension of time based upon litigation demands in other cases, as well as other personal and professional obligations. I am currently assigned to three multi-defendant complex narcotics cases, *United States v. Hernandez De La Torre, et al.*, Case No. 15-Cr-87 (E.D. Wis.); *United States v. Parker*, Case No. 15-Cr-108 (E.D. Wis.); and *United States v. Ames, et al.*, Case No. 15-Cr-230 (E.D. Wis.). From January 28 to January 31, 2016, I am scheduled to be out of the state on a pre-scheduled vacation. Finally, given the issues presented in the appellant's and amicus briefs, undersigned counsel requires sufficient time to consult with the Criminal Appellate Section of the Depart of Justice.

6.    I have consulted with appellant's counsel, who does not oppose the extension requested herein.

7.    For all of the foregoing reasons, I respectfully request that the briefing deadline for the Government be extended until March 26, 2016.

/s BRIDGET J. DOMASZEK
Assistant United States Attorney

CERTIFICATE OF SERVICE

     I hereby certify that on January 28, 2016, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                      /s BRIDGET J. DOMASZEK
                                      Assistant United States Attorney

530 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI  53202
(414) 297-1700